IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MISTI THOMAS
ADC #705944                                                                                      PLAINTIFF

V.                          CASE NO. 3:18-CV-144-DPM-BD

AMANDA MCDANIELS                                                                    DEFENDANT

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. Ms. Thomas may file written objections to this Recommendation if she wishes. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, Ms. Thomas may lose the right to appeal questions of fact.

**II.   Discussion:**

Plaintiff Misti Thomas, an inmate at the McPherson Unit of the Arkansas Department of Correction, is proceeding without the help of a lawyer in this civil rights case. (Docket entries #1, #3) The complaint lists three plaintiffs, but it was signed only by

Plaintiff Amanda Brooks/Hart. Consistent with Court policy, the Clerk filed the complaint as three individual lawsuits.

Because Ms. Thomas did not sign the complaint, and because the complaint did not include allegations to support Ms. Thomas's claims, the Court ordered her to sign and file an amended complaint within 30 days of September 5, 2018. She was directed to explain, in the amended complaint, how Defendant McDaniels had violated her rights. The Court specifically cautioned Ms. Thomas that her claims could be dismissed if she failed to file an amended complaint, as ordered. (#4)

To date, Ms. Thomas has not responded to the September 5 Order. As the record stands, the Complaint fails to state a federal claim for relief.

### III.  Conclusion:

The complaint fails to state a federal claim for relief as to Plaintiff Misti Thomas. The Court recommends, therefore, that this case be DISMISSED, without prejudice.

DATED this 10th day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE