# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MISTI THOMAS,
ADC #705944                                                    PLAINTIFF

v.                              No. 3:18-cv-144-DPM

AMANDA McDANIELS,
OIC/Sgt., Craighead County
Detention Center                                               DEFENDANT

## ORDER

Thomas hasn't responded to the recommendation; her mail is being returned undeliverable. № 16. Unopposed recommendation, № 5, adopted. Thomas's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 October 2018