IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MISTI THOMAS,
ADC #705944                                                   PLAINTIFF

v.                         No. 3:18-cv-144-DPM

AMANDA McDANIELS,
OIC/Sgt., Craighead County
Detention Center                                              DEFENDANT

## JUDGMENT

The case is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

30 October 2018